# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALITY GROUP INTERNATIONAL, INC., a Delaware corporation <br><br> Plaintiff(s) <br> v. <br><br> VITALITY HEALTH PLAN OF CALIFORNIA, INC., a California corporation <br><br> Defendant(s). | CASE NUMBER: <br> CV 19-2491 DMG (JCx) <br><br> ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

<u>Vitality Health Plan of California, Inc.</u>  ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute  <u>Mark A. Campbell of the firm Murphy, Campbell, Alliston & Quinn</u>  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>8801 Folsom Boulevard, Suite 230</u>
*Street Address*

<u>Sacramento, CA  95826</u>                        <u>Mcampbell@murphycampbell.com</u>
*City, State, Zip*                                              *E-Mail Address*

<u>(916) 400-2300</u>        <u>(916) 400-2311</u>        <u>93595</u>
*Telephone Number*        *Fax Number*        *State Bar Number*

as attorney of record instead of <u>Andrew F. Halaby, CA Bar Number 282519;</u>
*List **all** attorneys from same firm or agency who are withdrawing*
<u>Patrick W. Kelly, CA Bar No. 274588</u>

**is hereby**    X GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated: August 2, 2019

*[signature: Dolly M. Gee]*

Dolly M. Gee, U. S. District Judge