# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALITY GROUP INTERNATIONAL, INC., a Delaware corporation <br><br> Plaintiff(s) <br><br> v. <br><br> VITALITY HEALTH PLAN OF CALIFORNIA, INC., a California corporation <br><br> Defendant(s). | CASE NUMBER: <br><br> CV 19-2491-DMG (JCx) <br><br> **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Vitality Health Plan of California, Inc.</u>   ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

to substitute   <u>Andrew F. Halaby of the firm Snell & Wilmer L.L.P.</u>   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>350 South Grand Avenue, Suite 3100</u>
*Street Address*

<u>Los Angeles, CA 90041</u>                              <u>ahalaby@swlaw.com</u>
*City, State, Zip*                                      *E-Mail Address*

<u>(213) 929-2500</u>            <u>(213) 929-2525</u>            <u>282519</u>
*Telephone Number*           *Fax Number*               *State Bar Number*

as attorney of record instead of <u>Mark Campbell, CA Bar Number 93595;</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   X GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   October 4, 2019

*/s/ Dolly M. Gee*
Dolly M. Gee, U. S. District Judge