UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-2491 DMG (JCx)** | Date | January 11, 2021 |
| Title | *Vitality Group International, Inc. v. Vitality Health Plan of California, Inc.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED [89]**

On January 4, 2021, Defendant and Counterclaimant Vitality Health Plan of California, Inc. filed a notice that on November 21, 2020, it filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Central District of California, Case No. 2:20-bk-21041-WB. [Doc. # 89.]

In light of the foregoing, the parties are **ORDERED TO SHOW CAUSE** in writing by no later than **January 19, 2021** why this action should not be stayed in its entirety as a result of the filing of Defendant's bankruptcy petition. *See* 11 U.S.C. § 362(a)(1). Failure to timely or adequately respond will result in the Court issuing an order staying and placing the case on inactive status.

IT IS SO ORDERED.